[Civ. No. 2032.   Fourth Appellate District.—March 15, 1938.]

P. A. SPARKS, Appellant, v. THE BOARD OF DENTAL EXAMINERS, Respondent.

Ray Miller for Appellant.

Harry E. Lindersmith for Respondent.

BARNARD, P. J.—The petitioner sought and obtained a writ of review in an effort to annul an order of the respondent board suspending his license to practice dentistry for a period of five years.   After a hearing the trial court entered a judgment affirming the order of the respondent board, from which judgment this appeal was taken.

The respondent has moved to dismiss this appeal upon the ground that the writ of *certiorari* will not lie to review the action of this board in revoking or suspending the license of a dental practitioner for the reason that in so suspending or revoking a license to practice dentistry that board is exercising discretionary administrative functions and is not exercising judicial powers.

Under certain recent decisions we feel compelled to grant this motion to dismiss.   (*Standard Oil Co.* v. *State Board of Equalization,* 6 Cal. (2d) 557 [59 Pac. (2d) 119]; *Whitten* v. *California State Board of Optometry,* 8 Cal. (2d) 444

[65 Pac. (2d) 1296]; *Jacobs* v. *Board of Dental Examiners,* 24 Cal. App. (2d) 359 [75 Pac. (2d) 96]; *MacCracken* v. *Board of Medical Examiners,* 24 Cal. App. (2d) 58 [74 Pac. (2d) 289]; *O'Donnell* v. *Board of Medical Examiners,* 22 Cal. App. (2d) 80 [70 Pac. (2d) 246]; *Hartman* v. *Board of Chiropractic Examiners,* 20 Cal. App. (2d) 76 [66 Pac. (2d) 705].)

The appeal is dismissed.

Marks, J., and Jennings, J., concurred.